IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

AMERICAN APPRAISAL ASSOCIATES,
INC.,

    Plaintiff,

vs.                                      CASE NO. 07-21031-CIV

AMERICAN APPRAISALS, INC.,

    Defendant.

---

**PLAINTIFF'S MOTION FOR SCHEDULING CONFERENCE
CONCERNING MOTION FOR PRELIMINARY INJUNCTION**

---

Plaintiff, American Appraisal Associates, Inc. ("American Appraisal") respectfully requests that the Court conduct a Scheduling Conference concerning its Motion for Preliminary Injunction and states:

1. Plaintiff files concurrently herewith a Motion for Preliminary Injunction to prevent Defendant from continuing to infringe its federally registered trademark.

2. On September 26, 2007, Plaintiff served on Defendant its initial discovery requests, a First Set of Interrogatories and First Request for Production. Responses are due on or before October 26, 2007.

3. Plaintiff is making arrangements to depose Defendant's corporate representatives in early November.

FTL:2377296:1

4. Plaintiff consents to Magistrate Judge Torres conducting the hearing on its Motion for Preliminary Injunction, particularly if that would expedite the hearing date.

5. Plaintiff requests that the Court conduct a scheduling conference concerning its Motion for Preliminary Injunction and that the Court enter an Order scheduling the timing of discovery, injunction hearing disclosures, and the hearing on Plaintiff's Motion.

6. Plaintiff's counsel has conferred with counsel for Defendant in an attempt to resolve this matter, but counsel for Defendant stated that he does not agree to the requested relief.

Dated: October 10, 2007

        RUDEN, McCLOSKY, SMITH,
        SCHUSTER & RUSSELL, P.A.
        Attorneys for Plaintiff
        200 East Broward Boulevard, Suite 1500
        Post Office Box 1900
        Fort Lauderdale, Florida  33302
        Phone:  (954) 527-2492
        Fax:     (954) 333-4092
        Matt.Nelles@Ruden.com

        By: /s/ Matthew S. Nelles_____
            Matthew S. Nelles
            Florida Bar No. 009245

OF COUNSEL

Donald A. Daugherty, Jr.
Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, Wisconsin 53202-3819
Tel: (414) 978-5443
Fax: (414) 223-5000

FTL:2377296:1

-3-

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 10th day of October, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on Frank Herrera, Esq., JanPaul Guzman, Esq., Gustavo Sardiña, Esq., ROTHSTEIN ROSENFELDT ADLER, Attorneys for Defendant, Las Olas City Centre, Suite 1650, 401 E. Las Olas Blvd., Ft. Lauderdale, FL   33301.

                      By:  /s/Matthew S. Nelles  
                            Matthew S. Nelles