CIVIL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES MAGISTRATE JUDGE *EDWIN G. TORRES*
EAST COURTROOM

Thursday, January 10, 2008          2:30 p.m. - 3:30 p.m.

Clerk: Maedon Clark                                  Tape No. 08E-2-1652/3-1

07-21031-CIV-LENARD/TORRES

**AMERICAN APPRAISAL ASSOCIATES, INC.**
*Matthew Scott Nelles, Esquire*
*Donald A. Daugherty, Jr., Esquire*

*vs*

**AMERICAN APPRAISALS, INC., et al**
*Gustavo Sardina, Esquire*

| | |
|---|---|
| REASON FOR HEARING | Plaintiff's Motion to Enforce Written Settlement Agreement (D.E. 38); Defendant's Motion for Sanctions (D.E. 53) |
| RESULT OF HEARING | Argument heard. |
| | The Court **GRANTS** the Motion for Conference, **GRANTS** the Motion to Enforcement Settlement Agreement and **ORDERS** that the stipulated dismissal be filed. |
| | The Court **DENIES** Motion for Sanctions as **MOOT**. |
| | Written Order to follow. |