IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21031-CIV-LENARD/TORRES

AMERICAN APPRAISAL ASSOCIATES,
INC.,

    Plaintiff,

vs.

AMERICAN APPRAISALS, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, AMERICAN APPRAISAL ASSOCIATES, INC., and Defendant, AMERICAN APPRAISALS, INC., stipulate and agree as follows:

1. This action, including all claims, counterclaims, third party claims, and crossclaims, which have been or could have been asserted, are dismissed, with prejudice.

2. The Parties shall each bear their own attorneys' fees and costs.

3. The Parties hereby consent to the entry of the attached Order of Dismissal with Prejudice by the Court.

RUDEN, McCLOSKY, SMITH, SCHUSTER & RUSSELL, P.A.

By _____
Matthew S. Nelles
Florida Bar No. 009245
Counsel for Plaintiff

ROTHSTEIN ROSENFELDT ADLER

By _____
Gustavo Sardiña
Florida Bar No. 31162
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21031-CIV-LENARD/TORRES

AMERICAN APPRAISAL ASSOCIATES,
INC.,

    Plaintiff,

vs.

AMERICAN APPRAISALS, INC.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Joint Stipulation for Order of Dismissal With Prejudice, this cause is hereby dismissed with prejudice, each party to bear its own attorneys fees and costs.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this ____ day of January, 2008.

                                                          EDWIN G. TORRES
                                                          U.S. MAGISTRATE JUDGE

Copies furnished to counsel of record